NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FEB 12 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ENVIRONMENTAL PROTECTION
INFORMATION CENTER; FRIENDS OF
THE SHASTA RIVER,

Plaintiffs - Appellants,

v.

ALICIA VAN ATTA, in her official
capacity, Assistant Regional Administrator,
California Coastal Office, National Marine
Fisheries Service; JIM SIMONDET, in his
official capacity, Contact, California Coastal
Office, National Marine Fisheries
Service; NATIONAL MARINE
FISHERIES SERVICE, California Coastal
Office,

Defendants - Appellees.

No. 24-1813

D.C. No.
3:22-cv-03520-TLT

MEMORANDUM*

Appeal from the United States District Court
for the Northern District of California
Trina L. Thompson, District Judge, Presiding

Argued and Submitted February 7, 2025
San Francisco, California

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

Before: FORREST and SANCHEZ, Circuit Judges, and EZRA, District Judge.**

At oral argument, Plaintiffs-Appellants Environmental Protection Information Center and Friends of the Shasta River conceded that they lack appellate standing and asked us to dismiss this appeal. The Government agrees. So do we.

**DISMISSED.**

---

** The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.